[No. 2090-3. Division Three. November 17, 1977.]

*In the Matter of the Marriage of* KIRBY ALAN LANE, *Respondent, and* JUANITA ROSA LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 36722, Lloyd L. Wiehl, J. Pro Tem., entered August 17, 1976. *Affirmed* by unpublished opinion

per Green, J., concurred in by Munson, C.J., and McInturff, J.